JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA GARCIA, | ) | Case No. CV 24-7334 FMO (PDx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| LYONS EQUITY, LLC, | ) | |
| Defendant. | ) | |

    IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 6th day of January, 2025.

/s/
Fernando M. Olguin
United States District Judge